## MEYER *v.* MEYER.

APPEAL from the *Franklin* Circuit Court.

*Per Curiam.*—A complaint for review of a judgment, will not lie simply upon newly-discovered evidence. *Fleming* v. *Stout and Stout*, at this term.

The judgment below is affirmed, with costs.

*John M. Johnston*, for the appellant.

*Kilgore* and *Kyger*, for the appellee.